Robert N. Peccole, Esq., Bar No. 829
bob@peccole.lvcoxmail.com
PECCOLE & PECCOLE, LTD. .
8689 W. Charleston Blvd #109
Las Vegas, NV 89117
Lewis J. Gazda, Esq., Bar No. 4269
lewisjgazda@gmail.com
GAZDA & TADAYON
2600 S. Rainbow Blvd #200
Las Vegas, NV89146
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT N. PECCOLE and NANCY A. PECCOLE, individuals, and Trustees of the ROBERT N. and NANCY A. PECCOLE FAMILY TRUST<br><br>Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, NEVADA SUPREME COURT; JUSTICE GIBBONS AND JUSTICE STIGLICH in their official capacity with the Nevada Supreme Court,<br><br>Defendants. | Case No. 2:19-cv-00312-JAD-GWF<br><br>**STIPULATION AND ORDER DISMISSING COMPLAINT**<br><br>ECF No. 7 |

COME NOW, Plaintiffs, Robert N. and Nancy A. Peccole, individually and as Trustees of the Robert N. and Nancy A. Peccole Family Trust by and through their counsel Robert N. Peccole, and Defendants, State of Nevada, Nevada Supreme Court; Justices Gibbon and Stiglich in their official capacity with the Nevada Supreme Court by and through their counsel, Katlyn Brady, Esq., of the Nevada Attorney General's Office., and hereby stipulate and agree as follows:

IT IS HEREBY STIPULATED AND AGREED that, the Case and the Complaint filed on February 20, 2019 in the above captioned Case, 2:19-cv-00312-JAD-GWF2018 are to be dismissed upon the following terms and conditions:

1. The parties have agreed that the Complaint and the Case in which it was filed are to be dismissed with prejudice.

2. It is further agreed that the parties are to bear their own attorney's fees and costs and whatever other expenditures they may have expended in the Case.

3. The parties shall hold each other harmless and free from any other liability that may be deemed to have arisen from the filing of the within case and Complaint.

IT IS FURTHER STIPULATED AND AGREED that the Court may enter its final order of Dismissal forthwith.

DATED this 8th day of March, 2019.

| THE NEVADA ATTORNEY GENERAL'S OFFICE | PECCOLE & PECCOLE, LTD. |
|---|---|
| s/ Katlyn Brady | s/ Robert N. Peccole |
| Katlyn Brady, Esq. | Robert N. Peccole, Esq. |
| Deputy Attorney General | Nevada State Bar No. 000829 |
| Nevada State Bar No. 14173 | 8689 W. Charleston Blvd., #109 |
| 555 E Washington, Ave. | Las Vegas, Nevada 89117 |
| Suite 3900 | *Attorney for Plaintiffs* |
| Las Vegas, Nevada 89101 | |
| *Attorney for Defendants* | |

## ORDER

Based on the parties' stipulation **[ECF No. 7]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to ENTER JUDGMENT ACCORDINGLY and **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: March 8, 2019